ALICE SOBJAK, Appellant, v. ELLEN BARTLEY, Respondent.— Motion to dismiss appeal granted, unless appellant shall file and serve printed papers on appeal

and printed briefs on appeal by May tenth, pay to respondent's attorney ten dollars costs and be ready for argument as soon as appeal is reached thereafter.